# EXHIBIT B

**Patent Claims Analysis**

**of**

**US7030902: "Eternalism, a method for creating an appearance of sustained three-dimensional motion-direction of unlimited duration, using a finite number of pictures"**

**against**
**IKEA's Digital Signage**

# US7030902B2

United States

Inventor          Kenneth Jacobs

Current Assignee Vdpp LLC

Worldwide applications

2002  US

| Claims priority from a provisional application | | 01/23/2001 | Expired |
| --- | --- | --- | --- |

Total patentTerm Adjustments
595 days

CLAIMS

1. A method for creating an appearance of continuous movement with a plurality of picture frames using two or more pictures, said method comprising:

   a) selecting at least two image pictures which are visually similar, a first image picture and a second image picture;

   b) selecting a bridging picture which is dissimilar to said image picture;

   c) arranging said pictures in a sequential order to create a first series of pictures, said sequential order being one or more first image pictures, one or more second image pictures, and one or more bridging pictures;

   d) placing said first series of pictures on a plurality of picture frames wherein each picture of said first series is placed on a single frame; and

   e) repeating the first series of pictures a plurality of times to create a continuous plurality of picture frames having said first series thereon, such that when said plurality of picture frames are viewed an appearance of continuous movement is perceived by a viewer.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for creating an appearance of continuous movement with a plurality of picture frames using two or more pictures, said method comprising: | *IKEA's Digital Signage implements the Method of Claim 1.*<br><br><br><https://web.archive.org/web/20220101150724/https://www.ikea.com/> |
| 1.1 | a) selecting at least two image pictures which are visually similar, a first image picture and a second image picture; | *IKEA's Digital Signage can select 2 image pictures which are visually similar.*<br><br>***BEFORE the bridging picture is shown.*** |

| | | |
|---|---|---|
| | | <binfile:IkeaCafebfi.mp4><br><br>*AFTER the bridging picture is shown.*<br><br><br><binfile:IkeaCafebfi.mp4> |
| 1.2 | b) selecting a bridging picture which is dissimilar to said image picture; | *IKEA's Digital Signage can select a bridging picture which is dissimilar to the image picture.*<br><br><binfile:IkeaCafebfi.mp4> |
| 1.3 | c) arranging said pictures in a sequential order to create a first series of pictures, said sequential order being one or more first image pictures, one or more second image pictures, and one or more bridging pictures; | *IKEA's Digital Signage can arrange the pictures in a sequential order to create a first series of pictures.  The sequential order is one or more first image pictures, one or more second image pictures, and one or more bridging pictures.*<br><br><binfile:IkeaCafebfi.mp4><br><br>*A video of the menu (attached) was filmed in an IKEA store using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  The menu runs at 60 fps and BFI is only perceived as a slight lessening of brightness.* |

| 1.4 | d) placing said first series of pictures on a plurality of picture frames wherein each picture of said first series is placed on a single frame; and | *IKEA's Digital Signage* *can place the first series of pictures on a plurality of picture frames wherein each picture of the first series is placed on a single frame.*<br><br><br><binfile:IkeaCafebfi.mp4><br><br>*A video of the menu (attached) was filmed in an IKEA store using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  The menu runs at 60 fps and BFI is only perceived as a slight lessening of brightness.* |
| 1.5 | e) repeating the first series of pictures a plurality of times to create a continuous plurality of picture frames having said first series thereon, such that when said plurality of picture frames are viewed an appearance of continuous movement is perceived by a viewer. | *IKEA's Digital Signage* *can repeat the first series of pictures a plurality of times to create a continuous plurality of picture frames having the first series.  When the plurality of picture frames are viewed, an appearance of continuous movement is perceived by a viewer.*<br><br><br><binfile:IkeaCafebfi.mp4><br><br>*A video of the menu (attached) was filmed in an IKEA store using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  The menu runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*<br><br>*Because the bridge frame is a solid black image frame, it is different from the first and second image frames.* |