**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VDPP, LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:26-cv-00234-JRG** |
| **IKEA STORE @ 7171 IKEA DRIVE, FRISCO,  TEXAS 75034 and DOES 1-20,** | |
| **Defendant.** | |

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Jacob Henry of the law firm of Ramey LLP, 446 Heights Blvd., Suite 200, Houston, Texas 77007, will appear as co-counsel for Plaintiff, VDPP IP, LLC.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

DATED: July 17, 2026

Respectfully submitted,

**Ramey LLP**

/s/ Jacob Henry
Jacob Henry
Texas Bar No. 00790868
446 Height Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
jhenry@rameyfirm.com

***Attorneys for* VDPP IP, LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of July 17, 2026, with a copy of the foregoing via CM/ECF Filing.

/s/ Jacob Henry
Jacob Henry